UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIREZA HAJI SOLTANI, | Case No. 2:25-cv-02714-JHC |
| Plaintiff, | UNOPPOSED MOTION & ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |
| v. | |
| JOSEPH B. EDLOW, *et al.,* | |
| Defendants. | Noted for Consideration: April 13, 2026 |

For good cause, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, Defendants hereby move to extend the time to answer or otherwise respond to the complaint until June 22, 2026. Defendants' response to the Complaint is currently due on April 21, 2026. By email dated April 12, 2026, Plaintiff, proceeding *pro se*, stated he did not oppose Defendants' motion.

Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, inter alia, to compel Defendants to adjudicate a B1/B2 non-immigrant application visa for his father, which has currently been denied pursuant to 8 U.S.C. § 1201(g). With additional

UNOPPOSED MOTION & ORDER TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
[Case No. 2:25-cv-02714-JHC] - 1

time, this case may be resolved without the need of judicial intervention and request an extension of time to answer or otherwise respond to the complaint through June 22, 2026.

Dated this 13th day of April, 2026.

Respectfully submitted,

s/ James C. Strong
JAMES C. STRONG, WSBA No. 59151
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: james.strong@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 137 words in compliance with the Local Civil Rules*

UNOPPOSED MOTION & ORDER TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
[Case No. 2:25-cv-02714-JHC] - 2

**ORDER**

Defendants' time to answer or otherwise respond to the Complaint is extended through June 22, 2026.  It is so **ORDERED**.


DATED this 13th day of April, 2026.


_John H. Chun_
JOHN H. CHUN
United States District Judge

UNOPPOSED MOTION & ORDER TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
[Case No. 2:25-cv-02714-JHC] - 3